Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR11-00052 RSL |
| | ) | |
| v. | ) | ORDER EXTENDING |
| | ) | REPORTING DATE |
| JUSTIN C. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come on before the above-entitled Court on an agreed motion to extend the defendant's reporting, and being fully advised in the premises, now therefore,

IT IS ORDERED that Justin Harris' self-surrender date in which to report to the Bureau of Prisons Taft Correctional Institute is extended from May 30, 2012 to June 20, 2012.

DONE THIS 10th day of May, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

_____
Barry L. Flegenheimer
Attorney for Justin Harris

ORDER EXTENDING
REPORTING DATE - 1
*[CR11-00052RSL]*

**Bell Flegenheimer**
119 First Avenue South
500 Maynard Building
Seattle, WA 98104
(206) 621-8777